IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ILLINOIS CENTRAL RAILROAD CO., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) Case No. 1:24-cv-07152 ) ) Honorable Thomas M. Durkin |
| vs. | ) ) ) Magistrate Jeffrey Cole |
| SISECAM WYOMING, LLC, a Delaware limited-liability company, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S INITIAL STATUS REPORT**

COMES NOW Plaintiff, Illinois Central Railroad Company ("IC"), by and through undersigned counsel and pursuant to the Court's Minute Order dated August 14, 2024 (Doc. 5), and hereby submits this initial status report.

1. IC filed a civil complaint in this matter on August 13, 2024, alleging that Defendant, Sisecam Wyoming, LLC ("Sisecam"), owes it money for freight transportation services which it is authorized to collect under certain federal statutes and regulations governing the interstate transportation of freight by railroad. *See generally* Pl.'s Compl., Aug. 13, 2024 (Doc. 1).

2. Undersigned counsel failed to submit a summons along with the complaint, an oversight he did not discover until reviewing his file to prepare for the status report in accordance with the Court's deadline. A summons was submitted to the Court and sealed on October 22, 2024. Sole responsibility for this oversight lies with the undersigned.

3. It follows from this that Defendant has not yet been served with the complaint and summons, that it has not had time to enter an appearance or otherwise plead on its behalf, or contribute to any status report under Rule 26(f).

4.  Although this is not a joint report as directed in the Court's August 14 Minute Order, undersigned counsel thought it appropriate to inform the Court of his mistake and of his effort to rectify the same, and therefore elected to submit this initial report.

Dated: October 23, 2024

Respectfully submitted,

By: /s/ Stephen J. Foland
*Attorney for Plaintiff*

Of Counsel:

Michael J. Barron, Jr., #6228809
Stephen J. Foland, #6303316
Fletcher & Sippel LLC
29 North Wacker Drive, Suite 800
Chicago, Illinois 60606-3208
Telephone:   (312) 252-1500
Facsimile:   (312) 252-2400
mbarron@fletcher-sippel.com
sfoland@fletcher-sippel.com